## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alexandria Lynn Hashagen a/k/a Alexandria L. Hashagen, a/k/a Alexandria Hashagen<br>                      Debtor(s) | BK NO. 23-02489 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                    /s/ *Michael Farrington*
                                    Michael Farrington
                                    16 Nov 2023, 17:45:20, EST

                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322