In re:                                                                                                       Case No. 23-02489-MJC

Alexandria Lynn Hashagen                                                  Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                          User: AutoDocke                                              Page 1 of 4
Date Rcvd: Dec 04, 2023                                  Form ID: ntcnfhrg                                          Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexandria Lynn Hashagen, 1111 3rd Avenue, Berwick, PA 18603-1705 |
| 5575455 | | 05 Hill Turowski James Lehman, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5575460 | + | Breezeline, PO Box 371801, Pittsburgh, PA 15250-7801 |
| 5575459 | + | Breezeline, 43920 Airport View Drive, Hollywood, MD 20636-3105 |
| 5575461 | + | Capital One Bank USA N.A., PO BOX 85123, Richmond, VA 23285-5123 |
| 5575469 | | Continental Finance Company Ll, 1800 State Route 34, Wall, NJ 07719-9168 |
| 5575494 | | Service 1st Fcu, 1985 Montour Blvd, Danville, PA 17821-8160 |
| 5575495 | | Service 1st Fcu, Attn: Bankruptcy, 1985 Montour Blvd, Danville, PA 17821-8160 |
| 5575497 | + | Synchrony Bank Walmart Rewards, P.O. Box 965035, Orlando, FL 32896-5035 |
| 5575500 | + | UGI Utilities Inc, PO Box 15503, Wilmington, DE 19850-5503 |
| 5575503 | + | Village Heating & Cooling, 25 Sherwood Drive, Bloomsburg, PA 17815-3069 |
| 5577151 | + | William R. Swinehart, 240-246 Market Street, P. O. Box 791, Sunbury, PA 17801-0791 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5575456 | | Email/Text: Bankruptcy@ICSystem.com | Dec 04 2023 18:45:00 | AES, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5575458 | | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 18:52:08 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 5575457 | | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 18:52:02 | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 5575462 | + | Email/Text: bankruptcy@cavps.com | Dec 04 2023 18:45:00 | Cavalry Portfolio Serv, 4050 E Cotton Center Blvd, Phoenix, AZ 85040-8862 |
| 5575463 | | Email/Text: bankruptcy@cavps.com | Dec 04 2023 18:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5576441 | + | Email/Text: bankruptcy@cavps.com | Dec 04 2023 18:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5575464 | | Email/Text: bankruptcy@cavps.com | Dec 04 2023 18:45:00 | Citibank, 4050 E Cotton Center Blvd, Phoenix, AZ 85040-8861 |
| 5575465 | ^ | MEBN | Dec 04 2023 18:41:35 | Cks Prime Investments, 1800 State Route 34, Wall, NJ 07719-9168 |
| 5575466 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2023 18:45:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5575467 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2023 18:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5575468 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2023 18:45:00 | Comenity Capital Bank Big Lots, PO Box 182789, Columbus, OH 43218-2789 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5575471 | ^ | MEBN | Dec 04 2023 18:41:56 | Credit One Bank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5575470 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2023 18:52:03 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 5575472 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 18:45:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5575473 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 18:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5576946 | ^ | MEBN | Dec 04 2023 18:41:23 | FIRST PORTFOLIO VENTURES I, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 5575476 | | Email/Text: BNSFS@capitalsvcs.com | Dec 04 2023 18:45:00 | First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5575477 | | Email/Text: BNSFS@capitalsvcs.com | Dec 04 2023 18:45:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5575474 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 04 2023 18:52:02 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5575475 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 04 2023 18:52:06 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5575478 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 04 2023 18:45:00 | Goldman Sachs Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5575479 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 04 2023 18:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5575480 | | Email/Text: Bankruptcy@ICSystem.com | Dec 04 2023 18:45:00 | I C System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5575481 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 18:52:02 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5575483 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2023 18:52:01 | Merrick Bank/Ccholdings, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5575482 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2023 18:52:02 | Merrick Bank/Ccholdings, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5575484 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2023 18:45:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5575485 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2023 18:45:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5575486 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 04 2023 18:52:02 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 5575487 | | Email/PDF: pa_dc_claims@navient.com | Dec 04 2023 18:52:13 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5575491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 18:52:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5575492 | ^ | MEBN | Dec 04 2023 18:41:27 | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 5575493 | ^ | MEBN | Dec 04 2023 18:42:02 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5575489 | + | Email/PDF: ebnotices@pnmac.com | Dec 04 2023 18:52:03 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5575488 | | Email/PDF: ebnotices@pnmac.com | Dec 04 2023 18:52:07 | Pennymac Loan Services, LLC, PO Box 514387, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5575490 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 18:52:11 | Los Angeles, CA 90051-4387<br>Portfolio Recov Assoc, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5577152 | + Email/Text: collections@service1.org | Dec 04 2023 18:45:00 | Service 1st Federal Credit Union, 1985 Montour Blvd., P. O. Box 159, Danville, PA 17821-0159 |
| 5579726 | + Email/Text: bankruptcy@sccompanies.com | Dec 04 2023 18:45:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5575496 | ^ MEBN | Dec 04 2023 18:41:44 | Synchrony Bank, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5575499 | Email/Text: bankruptcy@sccompanies.com | Dec 04 2023 18:45:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5575498 | Email/Text: bankruptcy@sccompanies.com | Dec 04 2023 18:45:00 | The Swiss Colony/Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5575501 | Email/Text: bkrcy@ugi.com | Dec 04 2023 18:45:00 | UGI Utilities, Inc, PO Box 13009, Reading, PA 19612 |
| 5575502 | ^ MEBN | Dec 04 2023 18:41:19 | Velocity Investments, LLC, Attn: Bankruptcy, 1800 Route 34N, Ste 305, Wall, NJ 07719-9146 |
| 5575504 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 04 2023 18:45:00 | WEBBANK FINGERHUT, PO Box 70281, Philadelphia, PA 19176-0281 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Alexandria Lynn Hashagen MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alexandria Lynn Hashagen,<br>aka Alexandria L. Hashagen, aka Alexandria Hashagen, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−02489−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 11, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: January 18, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2023 |

ntcnfhrg (08/21)